# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICKIE SLAUGHTER,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:16-cv-00721-RCJ-WGC

**ORDER**

Petitioner has filed a motion for extension of time in which to take discovery (first request) (ECF No. 32). The court is persuaded that petitioner's request is in good faith and is not meant to delay this action meaninglessly.

IT IS THEREFORE ORDERED that petitioner's motion for extension of time in which to take discovery (first request) (ECF No. 32) is **GRANTED**. Discovery must be completed by April 19, 2018.

DATED: March 6, 2018.

_____
ROBERT C. JONES
United States District Judge