# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RENEE BAKER, et al.,<br><br>　　　　Respondents. | Case No. 3:16-cv-00721-RCJ-WGC<br><br>**ORDER** |

　　Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 36), and good cause appearing;

　　IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 36) is **GRANTED**. Discovery must be completed by May 3, 2018.

　　DATED: May 11, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　United States District Judge

1