UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>        Petitioner,<br><br>    v.<br><br>RENEE BAKER, et al.,<br><br>        Respondents. | Case No. 3:16-cv-00721-RCJ-WGC<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (third request) (ECF No. 37), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (third request) (ECF No. 37) is **GRANTED**. Discovery must be completed by May 17, 2018.

DATED: May 11, 2018.

_____
ROBERT C. JONES
United States District Judge