# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>        Petitioner,<br><br>    v.<br><br>RENEE BAKER, et al.,<br><br>        Respondents. | Case No. 3:16-cv-00721-RCJ-WGC<br><br>**ORDER** |

Respondents having filed a motion for an extension of time (first request) (ECF No. 43), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for an extension of time (first request) (ECF No. 43) is **GRANTED**. Respondents will have through July 2, 2018, to file a response to petitioner's second motion for leave to conduct discovery (ECF No. 40).

DATED: June 18, 2018.

                                                    ROBERT C. JONES
                                                    United States District Judge