UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICKIE SLAUGHTER,

Petitioner,

v.

RENEE BAKER, et al.,

Respondents.

Case No. 3:16-cv-00721-RCJ-WGC

ORDER

Petitioner having filed a motion for extension of time (first request) (ECF No. 45), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for extension of time (first request) (ECF No. 45) is **GRANTED**. Petitioner need not file any appropriate motion post-discovery until after the court resolves petitioner's second motion for leave to conduct discovery (ECF No. 40).

DATED: July 24, 2018.

ROBERT C. JONES
United States District Judge

1