UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>        Petitioner,<br><br>   v.<br><br>RENEE BAKER, et al.,<br><br>        Respondents. | Case No. 3:16-cv-00721-RCJ-WGC<br><br>**ORDER** |

     Petitioner has filed a motion for extension of time in which to depose Marc DiGiacomo (ECF No. 55), respondents have filed a response (ECF No. 56), and petitioner has filed a reply (ECF No. 57). The court grants petitioner's motion in full. However, the court repeats its earlier admonition that it wishes this case to move with as much alacrity as possible. The court hopes that the parties can conduct the deposition well before the expiration of the time allotted. If there are any scheduling conflicts with other cases in this court, the parties should seek extensions in the later-filed cases.

///

///

///

///

///

1

1     IT THEREFORE IS ORDERED that petitioner's motion for extension of time in which to
2 depose Marc DiGiacomo (ECF No. 55) is **GRANTED**. The deposition of Marc DiGiacomo must
3 be completed by the end of July 29, 2019.
4     DATED: July 1, 2019.

_____
ROBERT C. JONES
United States District Judge