# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER, | Case No. 3:16-cv-00721-RCJ-WGC |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for an extension of time (first request) (ECF No. 66), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for an extension of time (first request) (ECF No. 66) is **GRANTED**. Respondents will have up to and including May 22, 2020, to file a response to the third amended petition (ECF No. 64).

DATED: March 23, 2020.

ROBERT C. JONES
United States District Judge