# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICKIE SLAUGHTER,

    Petitioner,

v.

RENEE BAKER, et al.,

    Respondents.

Case No.: 3:16-cv-00721-RCJ-WGC

**Order**

This action is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Nevada state prisoner Rickie Slaughter. *See* ECF No. 64. Slaughter has filed an emergency motion for release pending a decision on his § 2254 petition due to his risk of infection of COVID-19. ECF No. 68. Slaughter explains that he suffers from hypertension, which means that "there's a high probability he'll suffer serious adverse consequences" if he contracts COVID-19. *Id.* at 26. Slaughter also explains that Saguaro Correctional Center, where he is currently housed, appears to be facing a COVID-19 outbreak. *Id.* at 27. In light of the emergent nature of the allegations, I find good cause to order a quick response to the motion.

IT IS THEREFORE ORDERED that the respondents must file and serve a response to the emergency motion for release (ECF No. 68) within 5 days of the date that this order is entered.

1

1  IT IS FURTHER ORDERED that Slaughter must file his reply, if any, within 3 days of the date that the respondents file their response.

Dated: May 11, 2020

_____
ROBERT C. JONES
United States District Judge