1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10
11    RICKIE SLAUGHTER,                          Case No. 3:16-cv-00721-RCJ-WGC
12                    Petitioner,                **ORDER**
13          v.
14    RENEE BAKER, et al.,
15                    Respondents.
16

17          Before the court are respondents' motion to vacate briefing schedule pending conclusion

18    of petitioner's state court proceedings (ECF No. 75) and petitioner's unopposed motion to stay

19    case and hold in abeyance (ECF No. 79).  Both motions note that petitioner currently is

20    exhausting all his grounds for relief in post-conviction proceedings pending in state court.  The

21    court finds good cause to grant both motions and to stay this action until the state-court

22    proceedings conclude.

23          Also before the court is petitioner's motion for leave to file notice of supplemental

24    authorities (ECF No. 76).  Petitioner filed this motion in support of his emergency motion for

25    release (ECF No. 68).  The court denies the current motion because the court already has denied

26    the emergency motion.

27          IT THEREFORE IS ORDERED that petitioner's motion for leave to file notice of

28    supplemental authorities (ECF No. 76) is **DENIED**.

1    IT FURTHER IS ORDERED that respondents' motion to vacate briefing schedule

2  pending conclusion of petitioner's state court proceedings (ECF No. 75) is **GRANTED**.

3    IT FURTHER IS ORDERED that petitioner's unopposed motion to stay case and hold in

4  abeyance (ECF No. 79) is **GRANTED**.

5    IT FURTHER IS ORDERED that this action is **STAYED** pending exhaustion of the

6  unexhausted claims.  Petitioner shall return to this court with a motion to reopen within 45 days

7  of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court

8  proceedings.  Further, petitioner or respondents otherwise may move to reopen the action and

9  seek any relief appropriate under the circumstances.

10    IT FURTHER IS ORDERED that the clerk of court shall administratively close this action

11  until such time as the court grants a motion to reopen the action.

12    DATED:   September 22, 2020.

13

14    ROBERT C. JONES
        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2