UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICKIE SLAUGHTER, | Case No. 3:16-cv-00721-RCJ-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 92), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (first request) (ECF No. 92) is GRANTED. Respondents will have up to and including October 7, 2022, to file their response to the Fourth Amended Petition.

DATED: 11 August 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1