UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>Respondents. | Case No. 3:16-cv-00721-RCJ-WGC<br><br>ORDER |

Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 94), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (second request) (ECF No. 94) is GRANTED. Respondents will have up to and including November 21, 2022, to file their response to the Fourth Amended Petition.

DATED: 7 October 2022.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1