UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>　　　　　Petitioner,<br>　v.<br>RENEE BAKER, et al.,<br><br>　　　　　Respondents. | Case No. 3:16-cv-00721-RCJ-WGC<br><br>ORDER |

Respondents having filed an unopposed motion for extension of time (third request) (ECF No. 96), and good cause appearing.

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (third request) (ECF No. 96) is GRANTED. Respondents will have up to and including January 5, 2023, to file their response to the Fourth Amended Petition.

DATED: 21 November 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1