UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>  Petitioner,<br>v.<br><br>RENEE BAKER, et al.,<br><br>  Respondents. | Case No. 3:16-cv-00721-RCJ-WGC<br><br>ORDER |

Respondents having filed an unopposed motion for extension of time (fourth request) (ECF No. 102), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (fourth request) (ECF No. 102) is GRANTED. Respondents will have up to and including January 19, 2023, to file their response to the Fourth Amended Petition.

DATED: 9 January 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1