UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICKIE SLAUGHTER, | Case No. 3:16-cv-00721-RCJ-WGC |
| Petitioner, | ORDER |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 106), and good cause appearing;

**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (first request) (ECF No. 106) is GRANTED. Petitioner will have up to and including April 20, 2023, to file an opposition to Respondents' motion to dismiss.

DATED: 7 March 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE