# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:16-cv-00721-RCJ-WGC<br><br>ORDER |

　　　Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 108), and good cause appearing;

　　　**IT IS THEREFORE ORDERED** that Petitioner's unopposed motion for extension of time (second request) (ECF No. 108) is GRANTED. Petitioner will have up to and including May 22, 2023, to file an opposition to Respondents' motion to dismiss.

　　　DATED: 21 April 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1