# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>  Petitioner,<br>v.<br>RENEE BAKER, et al.,<br><br>  Respondents. | Case No. 3:16-cv-00721-RCJ-WGC<br><br>ORDER |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 113), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (first request) (ECF No. 113) is GRANTED. Respondents will have up to and including July 28, 2023, to file their reply to Petitioner's opposition to their motion to dismiss.

DATED: 29 June 2023.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE