# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　Respondents. | Case No. 3:16-cv-00721-LRH-CSD<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (first request) (ECF No. 119), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (first request) (ECF No. 119) is GRANTED. Respondents will have up to and including January 8, 2024, to file their answer to the remaining grounds in Petitioner Rickie Slaughter's fourth amended petition.

IT IS SO ORDERED.

DATED this 8th day of November 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LARRY R. HICKS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT