**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKIE SLAUGHTER, | Case No. 3:16-cv-00721-LRH-CSD |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (second request) (ECF No. 121), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (second request) (ECF No. 121) is GRANTED. Respondents will have up to and including February 22, 2024, to file their answer to the remaining grounds in Petitioner Rickie Slaughter's fourth-amended petition.

IT IS SO ORDERED.

DATED this 12th day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT