**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKIE SLAUGHTER, | Case No. 3:16-cv-00721-LRH-CSD |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for extension of time (third request) (ECF No. 123), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (third request) (ECF No. 123) is GRANTED. Respondents will have up to and including March 22, 2024, to file their answer to the remaining grounds in Petitioner Rickie Slaughter's fourth-amended petition.

IT IS SO ORDERED.

DATED this 23rd day of February, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT