**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 3:16-cv-00721-LRH-CSD<br><br>**ORDER** |

Respondents having filed an unopposed motion for extension of time (fourth request) (ECF No. 125), and good cause appearing;

**IT IS THEREFORE ORDERED** that Respondents' unopposed motion for extension of time (fourth request) (ECF No. 125) is GRANTED. Respondents will have up to and including April 19, 2024, to file their answer to the remaining grounds in Petitioner Rickie Slaughter's Fourth-Amended Petition.

IT IS SO ORDERED.

DATED this 26th day of March, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT