UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>    Petitioner,<br><br> v.<br><br>BRIAN WILLIAMS,<br><br>    Respondents. | Case No. 3:16-cv-00721-ART-CSD<br><br>ORDER |

  This matter is before this Court on Petitioner Rickie Slaughter's unopposed motion for an extension of time to file his reply on the merits. (ECF No. 129.) This is Slaughter's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

  It is therefore ordered that the unopposed motion for extension of time (ECF No. 129) is granted. Petitioner Rickie Slaughter has until August 30, 2024, to file his reply on the merits.

  DATED THIS 5th day of June 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1