UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER, | Case No. 3:16-cv-00721-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, | |
| Respondents. | |

    This matter is before this Court on Petitioner Rickie Slaughter's unopposed motion for an extension of time to file his reply on the merits. (ECF No. 136.) This is Slaughter's fourth request for an extension of this deadline. The Court finds good cause exists to grant the motion.

    It is therefore ordered that the unopposed motion for extension of time (ECF No. 136) is granted. Petitioner Rickie Slaughter has until January 27, 2025, to file his reply on the merits.

    Dated this 30th day of December 2024.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1