UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br><br>                   Petitioner,<br>v.<br><br>BRIAN WILLIAMS,<br><br>                   Respondents. | Case No. 3:16-cv-00721-ART-CSD<br><br>ORDER NOTIFYING ATTORNEY GENERAL OF CONSTITUTIONAL QUESTION |

Petitioner Rickie Slaughter has filed a notice of constitutional question, explaining that he is challenging the constitutionality of 28 U.S.C. § 2254(d). (ECF No. 146.) Pursuant to 28 U.S.C. § 2403(a) and Federal Rule of Civil Procedure 5.1(b), the Court hereby certifies to the Attorney General of the United States that the constitutionality of 28 U.S.C. § 2254(d) has been called into question in this case. Pursuant to Rule 5.1(c), the Attorney General has 60 days from the date of this Order to intervene in this action, if it chooses to do so.

It is therefore ordered that the Clerk of Court kindly mail a copy of this Order to the Attorney General, *via certified mail*, return receipt requested, to:

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC, 20530

Dated this 1st day of May 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1