UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICKIE SLAUGHTER,<br>Petitioner,<br>v.<br>JEREMY BEAN,<br>Respondent. | Case No. 3:16-cv-00721-ART-CSD<br>ORDER |

On March 3, 2026, this Court granted Petitioner Rickie Slaughter's federal habeas petition, vacated his state judgment of conviction, and ordered a retrial within 180 days. (ECF No. 159.) This Court noted that "[r]easonable requests for modification of this time [could] be made by either party." (*Id.* at 68.) Petitioner has filed an unopposed motion for a180-day extension of time for his retrial to commence. (ECF No. 164.) This is Slaughter's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

It is therefore ordered that the unopposed motion for extension of time (ECF No. 164) is granted. The deadline for Slaughter's retrial is extended to March 29, 2027.

DATED THIS 10th day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE